RICHARD L HOLCOMB (HI Bar No. 9177)
JUSTIN A. BRACKETT (HI Bar No. 9954)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **Dallen Paleka,** | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 13-00661 HG-KSC |
| | ) |
| vs. | ) STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE; ORDER |
| **Revenue Cycle Management,** | ) |
| **LLC d/b/a Revenue Cycle** | ) |
| **Management of Hawaii,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs. All claims between and among

the parties, however denominated, and all parties are dismissed with prejudice by this stipulation. There are no remaining parties, claims and/or issues.

Respectfully submitted this <u>19th</u> day of <u>August</u>, 2014.

Attorney for Plaintiff

<u>/s/ Justin A. Brackett</u>
Justin A. Brackett, Esq.
Holcomb Law, LLLC

Attorney for Defendant

<u>/s/ David J. Minkin</u>
David J. Minkin, Esq.
McCorriston, Miller, Mukai, & MacKinnon, LLP
P.O. Box 2800
Honolulu, Hawaii 96813-2800

APPROVED AND SO ORDERED

_____
Hon. Helen Gillmor



   <u>/s/ Helen Gillmor</u>
Helen Gillmor
United States District Judge

Dallen Paleka v. Revenue Cycle Management, LLC d/b/a Revenue Cycle Management Hawaii, 13-00661 HG-KSC, STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER